**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  9:19-cv-80380-CIV-DIMTROULEAS**

KARL ERIC SEARCY, as Personal
Representative of the Estate of
MATTHEW MARTIN SEARCY,
deceased,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.
_____

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO
DEFENDANT UNITED STATES OF AMERICA**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff, Karl Eric Searcy, as Personal Representative of the Estate of Matthew Martin Searcy, deceased, by and through the undersigned attorney, hereby submits the following First Set of Requests for Admission to Defendant United States of America. For each Request that is denied, or is otherwise not admitted without qualification, Defendant is to set forth in detail the reason for each denial or qualification pursuant to Federal Rule of Civil Procedure 36(a)(4). Plaintiff, Karl Eric Searcy, as Personal Representative of the Estate of Matthew Martin Searcy, deceased, by and through the undersigned attorney, request that Defendant United States of America admit the truth of the following First Set of Requests for Admission within thirty (30) days.

**DEFINITIONS**

Defendant shall presume the following definitions when responding to Plaintiff's First Set of Requests for Admission to Defendant United States of America. "The crash" shall refer

Searcy, Eric Karl, as Personal Representative of the Estate of Matthew Searcy, deceased vs.
United States of America
Case No.: 9:19-cv-80380-XXXX
Plaintiff's Requests for Admission to Defendant United States of America

specifically to the crash that occurred on December 19, 2017, involving David Singh and Matthew Searcy, and which forms the basis for this action.

## REQUESTS FOR ADMISSION

**Request No. 1:**

On December 19, 2017, David Singh negligently operated the vehicle he was driving so as to cause a crash with Matthew Searcy.

**Request No. 2:**

The negligence of David Singh was a legal cause of the crash with Matthew Searcy on December 19, 2017.

**Request No. 3:**

The negligence of David Singh was the sole legal cause of the crash with Matthew Searcy on December 19, 2017.

**Request No. 4:**

Matthew Searcy was not negligent in causing the crash on December 19, 2017.

**Request No. 5:**

No individuals or entities other than David Singh are responsible for the crash that occurred on December 19, 2017.

**Request No. 6:**

As a result of the crash on December 19, 2017, Matthew Searcy was killed.

Searcy, Eric Karl, as Personal Representative of the Estate of Matthew Searcy, deceased vs.
United States of America
Case No.:  9:19-cv-80380-XXXX
Plaintiff's Requests for Admission to Defendant United States of America

**Request No. 7:**

The negligence of David Singh on December 19, 2017 caused Matthew Searcy to be killed.

**Request No. 8:**

The negligence of David Singh on December 19, 2017 was the sole legal cause of Matthew Searcy's death.

**Request No. 9:**

At the time of the crash, David Singh was an employee of the federal government of the United States of America, acting within the course and scope of his employment with the United States of America.

**Request No. 10:**

Defendant United States of America is responsible for the loss, injury, or damage, caused by David Singh as a result of the crash with Matthew Searcy on December 19, 2017.

Searcy, Eric Karl, as Personal Representative of the Estate of Matthew Searcy, deceased vs. United States of America
Case No.:  9:19-cv-80380-XXXX
Plaintiff's Requests for Admission to Defendant United States of America

Dated: September 6, 2019.

        Respectfully Submitted,

        /s/ Donald J. Ward, III_____
        Donald J. Ward, III,
        Florida Bar No.: 92594
        Attorney E-Mail: djw@searcylaw.com
        Primary E-Mail: _WardTeam@searcylaw.com
        Searcy Denney Scarola Barnhart & Shipley, P.A.
        2139 Palm Beach Lakes Boulevard
        West Palm Beach, Florida 33409
        Phone: (561) 686-6300
        Fax:    (561) 383-9515
        Attorney for Plaintiff

Searcy, Eric Karl, as Personal Representative of the Estate of Matthew Searcy, deceased vs.
United States of America
Case No.: 9:19-cv-80380-XXXX
Plaintiff's Requests for Admission to Defendant United States of America

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 6th day of September, I caused a true and correct copy of the foregoing document to be served via e-mail to counsel for Defendant United States of America.

/s/ Donald J. Ward, III
Donald J. Ward, III, Esquire